# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  v.                                      **Case No. 12-CR-171 (LA)**
                                        **Case No. 14-CR-57 (RTR)**

**ROBERT COLLINS**
    **Defendant.**

## ORDER

Pending before me in Case No. 12-CR-171 is a supervised release revocation proceeding against defendant Robert Collins. Pending before Judge Randa in Case No. 14-CR-57 is a new criminal charge against defendant Collins. Defendant moves for reassignment of the new case to me under Criminal Local Rule 13. The government does not oppose the motion.

Criminal Local Rule 13 permits the reassignment of a criminal case to another judge if it is found to be related to a lower numbered criminal case assigned to that judge and each of the following criteria is met:

    (1) all defendants in each of the cases are the same, or, if the defendants are not all the same, the cases are based upon the same set of facts, events or offenses;

    (2) both cases are pending in this District;

    (3) the handling of both cases by the same judge is likely to result in the overall saving of judicial resources; and

    (4) neither case has progressed to the point where reassigning a case would likely delay substantially the proceedings in either case, or the Court finds that the assignment of the cases to the same judge would promote consistency in

resolution of the cases or otherwise be in the interest of justice.

Crim. L.R. 13(a) (E.D. Wis.). The Rule further provides that the motion must be filed with, and will be decided by, the judge to whom the lowest numbered case of the claimed related set is assigned for trial or other final disposition. Crim. L.R. 13(b).

I find that Case No. 14-CR-57 and 12-CR-171 are related, and that the criteria for reassignment are met. The defendant is the same in both cases; both cases are pending this district; and because the conduct alleged in the new case will also form a basis for revocation in the old case, reassignment will save resources by allowing one judge to consider that conduct and determine the appropriate disposition. Finally, the parties have reached a plea agreement in the new case, and reassignment of that case to me will not cause any delay in the proceedings in either case.

**THEREFORE, IT IS ORDERED** that defendant's motion to reassign (R. 16) is **GRANTED**.

**IT IS FURTHER ORDERED** that No. 14-CR-57 is set for **CHANGE OF PLEA** on **Tuesday, March 18, 2014, at 2:00 p.m.** The court will after the change of plea set a date for a combined sentencing/final revocation hearing.

Dated at Milwaukee, Wisconsin, this 17th day of March, 2014.

/s Lynn Adelman
_____
LYNN ADELMAN
District Judge